## Lane *v.* Phila. & W. C. Tr. Co.

PER CURIAM, March 2, 1918:

These plaintiffs were the owners of a team of horses and wagon, involved in a grade crossing accident in which Charles Rogers was the driver. Two suits were brought and verdicts recovered by the plaintiffs. The defendant appealed in each case, and both appeals were presented in one argument.

For the reasons given in an opinion filed this day in Charles Rogers v. Philadelphia & West Chester Traction Company, No. 47, October Term, 1917, the judgment in this case is affirmed.